December 10, 1982.

454 A.2d 148

Aluminum Co. of Amer. v. Kemper International Insurance.

Appeal of Kemper International Insurance Company.

Alcoa, etc., et al., v. Kemper Insurance Co.

Appeal of: Factory Mutual Insurance Company.

Alcoa, et al., v. Kemper Insurance Co., et al.

Appeal of: Industrial Risk Insurers.

582

 Argued March 17, 1982. Harding A. Orren, for appellants; Robert Walter Doty, for appellees.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

Affirmed.